33 So.2d 282

**Major SMITH v. CITY OF MOBILE.**

1 Div. 545.

Court of Appeals of Alabama.
Nov. 25, 1947.

HARWOOD, Judge.
Affirmed.

33 So.2d 282

**Robert Willard SMITH v. STATE.**

2 Div. 759.

Court of Appeals of Alabama.
Sept. 22, 1947.

R. Glen Curlee, of Wetumpka, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 905

**Tom SMITH v. STATE.**

8 Div. 541.

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 182

**Walter SMITH v. STATE.**

8 Div. 582.

Court of Appeals of Alabama.
May 27, 1947.

Rehearing Stricken June 10, 1947.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 282

**Vonnie Lee SMITHERMAN v. STATE.**

2 Div. 758.

Court of Appeals of Alabama.
Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 905

**SOUTHEASTERN GREYHOUND LINES,
Inc. v. Magnoilar ESTELLE.**

7 Div. 878.

Court of Appeals of Alabama.
Oct. 8, 1946.

Lange, Simpson, Robinson & Somerville, of Birmingham, and Hood, Inzer, Martin & Suttle, of Gadsden, for appellant.

Roy D. McCord, of Gadsden, for appellee.

PER CURIAM.
Appeal dismissed by agreement.